UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 1:21-cr-10238-MLW |
| ) | |
| KAREN M. NOLAN, ) | |
| Defendant. ) | |

## JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the final status conference scheduled for May 17, 2022.

1. The Government has produced all discovery it intends to produce.

2. All discovery requests have been made and resolved.

3. No motions under Fed. R. Crim. P. 12(b) have been filed.

4. The Court has excluded all of the time from the Defendant's initial appearance on August 6, 2021, through May 17, 2022 (ECF Doc. Nos. 15, 21, 27, 30, 33, 36).  The parties request that the Court order an additional period of excludable delay from May 17, 2022, through the date of the next appearance in Court.

5. The parties anticipate that the trial will last five days.

6. The parties respectfully request an initial pretrial conference with the District Judge at the District Judge's convenience.

7. In light of the foregoing, the parties respectfully request that the status conference scheduled for May 17, 2022, be canceled.

                                                  Respectfully submitted,

                                                  RACHAEL S. ROLLINS
                                                  United States Attorney

*/s/ Seth Orkand*                      By:    */s/ Karen B. Burzycki*
Attorney for Karen M. Nolan              Special Assistant U.S. Attorney

Dated:  May 11, 2022

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                  */s/ Karen B. Burzycki*
                                                  Special Assistant U.S. Attorney

Dated:  May 11, 2022