UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KAREN M. NOLAN,<br><br>　　　　　Defendant. | Criminal No: 1:21-cr-10238-MLW |

## RESPONSE TO COURT ORDER

Pursuant to the Court's Order of June 16, 2022 (ECF No. 43), the parties in the above-referenced matter have conferred and respectfully request a pre-trial conference at the Court's convenience.

Dated:  June 17, 2022

Respectfully submitted,

KAREN NOLAN

By her attorney,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO # 669810)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: (617) 557-5915
Fax: (617) 557-5999
sorkand@rc.com

## CERTIFICATE OF SERVICE

      I, Seth B. Orkand, certify that I caused the foregoing document to be delivered to counsel for the government by ECF on June 17, 2022.

                                                      */s/ Seth B. Orkand*
                                                      Seth B. Orkand